HARRY SIEGEL v. ISIDOR DEUTSCH.— Application denied, with ten dollars costs,

and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.